# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL HEBERT

NO. 2020 KW 0625

**OCTOBER 26, 2020**

---

In Re:   Michael Hebert, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-13-0383.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

 **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the indictment, the state's answer to the application for postconviction relief, if any, the commitment order, all pertinent minute entries and/or transcripts, all pertinent exhibits, and any other portion of the district court record that might support the claims raised in his application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before December 28, 2020. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**VGW**
**JEW**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT